

March 23, 2022

<u>**VIA ECF**</u>

Honorable Victor Marrero
United States District Court
Southern District of New York
United States Courthouse, Courtroom 15B
500 Pearl Street
New York, New York 10007

   Re: *Absolute Resolutions Investments, LLC v. Citibank, N.A.*, No. 1:22-cv-02079

Your Honor:

  Pursuant to Rules I(A) and (F) of Your Honor's Individual Practices, Plaintiff Absolute Resolutions Investments, LLC respectfully submits this request for a one-week extension of time to respond to Defendant Citibank, N.A.'s Pre-Motion Letter dated March 21, 2022, which was served on Plaintiff pursuant to Rule II(B) of Your Honor's Individual Practices.

  If this extension request is granted, the new deadline for Plaintiff to respond shall be **<u>Monday, April 4, 2022</u>**.

  Plaintiff requests this additional time because of pending deadlines in other matters. No prior requests have been made for this extension, and Defendant has consented to the request.

  Thank you for the Court's consideration.

                Respectfully submitted,

                 /s/ Yonaton Aronoff

                Yonaton Aronoff

cc: All parties via ECF

YONATON ARONOFF   YARONOFF@HS-LAW.COM   DIRECT (917) 512-9488

HS-LAW.COM   MAIN (212) 397-3370 | FAX (212) 202-6206 | 40 WALL STREET, 53RD FLOOR, NEW YORK, NY 10005
12) 202-6206 | 40 WALL STREET, 53RD FLOOR, NEW YORK, NY 10005