

July 6, 2022

**VIA ECF**
Honorable Victor Marrero
United States District Court
Southern District of New York
United States Courthouse, Courtroom 15B
500 Pearl Street
New York, New York 10007

    Re:    *Absolute Resolutions Investments, LLC v. Citibank, N.A.*, No. 1:22-cv-02079

Your Honor:

    Pursuant to Rules I(A) and (F) of Your Honor's Individual Practices, plaintiff Absolute Resolutions Investments, LLC ("Plaintiff") respectfully submits this request for a brief extension of time, until Friday July 15, 2022, to respond to the motion to dismiss filed by Defendant Citibank, N.A. ("Citibank") on July 1, 2022. Defendant consents to this request.

    As it currently stands, Plaintiff's opposition brief is due on Friday July 8, 2022. However, I will be traveling out of the country this week and require additional time to confer with my client and to draft Plaintiff's opposition papers. I have conferred with Defendant's counsel and they consent to a one-week extension of Plaintiff's opposition deadline to July 15, 2022. They have requested (and we consent) that Defendant's reply date be extended to July 29, 2022.

    No prior requests have been made for this extension, and we thank the Court for its consideration of this request.

                                                    Respectfully submitted,

                                                    /s/ Yonaton Aronoff
                                                    Yonaton Aronoff

cc:    All parties via ECF