UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        )
ABSOLUTE RESOLUTIONS INVESTMENTS,       )  Case No. 22-cv-2079-VM
LLC,                                    )
                                        )
                    Plaintiff,          )
                                        )
                                        )
    vs.                                 )
                                        )
                                        )
CITIBANK, N.A.,                         )
                                        )
                    Defendant.          )
                                        )
                                        )
----------------------------------------X

## JURY DEMAND OF PLAINTIFF
## ABSOLUTE RESOLUTIONS INVESTMENTS, LLC

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff Absolute Resolutions Investments, LLC hereby demands a trial by jury in the above-captioned action of all issues triable by jury.

Dated: February 2, 2023          HARRIS ST. LAURENT & WECHSLER LLP
       New York, New York

                                 By: */s/ Yonaton Aronoff*
                                     Jonathan Harris
                                     Yonaton Aronoff
                                     Alisha L. McCarthy
                                     40 Wall Street, 53rd Floor
                                     New York, NY 10005
                                     Tel: 212.397.3370
                                     jon@hs-law.com
                                     yaronoff@hs-law.com
                                     amccarthy@hs-law.com

                                 *Attorneys for Plaintiff*