HARRIS ST. LAURENT WECHSLER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/28/2024

February 27, 2024

**VIA ECF**

Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Courtroom 906
New York, New York 10007

Re:   *Absolute Resolutions Investments, LLC v. Citibank, N.A.*, No. 1:22-cv-02079; Request for Adjournment of Initial Conference

Your Honor:

Pursuant to Rule I(B)(5) of Your Honor's Individual Practices, Plaintiff Absolute Resolutions Investments, LLC respectfully submits this request for an adjournment of the Initial Conference currently scheduled for March 7, 2024 at 9:30 a.m., (*see* Docket No. 45), as counsel for Absolute Resolutions Investments, LLC is unavailable at that date and time due to previously scheduled travel. Counsel for Citibank, N.A. has consented to this adjournment request. The parties have met and conferred and are available at any time on Tuesday March 19 or Wednesday March 20 to participate in the initial status conference, subject to Your Honor's availability. If this adjournment request is granted, the deadline for the filing of the Case Management Conference and Scheduling Order will be rescheduled from Tuesday March 5 to Friday March 14 (if the initial conference is adjourned to Tuesday March 19), or Monday March 18 (if the conference is adjourned to Wednesday March 20).

Respectfully submitted,

*/s/Yonaton Aronoff*
Yonaton Aronoff

Application GRANTED. The Initial Pretrial Conference is hereby rescheduled to **Tuesday, March 19 at 11:30a.m.** The parties' joint letter and proposed Civil Case Management Plan and Scheduling Order shall be filed no later than **Tuesday, March 12**.

SO ORDERED. Dated 2/28/2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE