# K&L GATES

March 25, 2024

Thomas A. Warns
tom.warns@klgates.com

T +1 212 536 4009
F +1 212 536 3901

**VIA ECF**

Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   Absolute Resolutions Investments, LLC v. Citibank, N.A., No. 1:22-cv-02079

Dear Judge Garnett:

    I write to inform the Court that Priya Chadha, Esq., currently counsel of record for Defendant Citibank, N.A., ("Citi") in the above referenced proceeding, is no longer with our firm. While the law firm K&L Gates LLP continues to represent Citi, we respectfully request that Priya Chadha, Esq. be removed from the docket information and list of attorneys who receive ECF notices for this case.

    We appreciate Your Honor's consideration of this matter.

Respectfully submitted,

*/s/ Thomas A. Warns*

Thomas A. Warns

So Ordered:

_____
       U.S.D.J.

cc:   All Counsel of Record by CM/ECF

K&L GATES LLP
599 LEXINGTON AVENUE   NEW YORK   NY 10022-6030
T +1 212 536 3900   F +1 212 536 3901   klgates.com