# K&L GATES

April 22, 2024

Phoebe S Winder
phoebe.winder@klgates.com

T +1 617 261 3196
F +1 617 261 3175

Honorable Margaret M. Garnett
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 906
New York, NY 10007

**Re:** Absolute Resolutions Investments, LLC v. Citibank, N.A., No. 22-cv-2079-MMG

Your Honor:

Plaintiff Absolute Resolutions Investments, LLC ("Absolute") and Citibank, N.A. ("Citi") (together, the "Parties") respectfully submit this joint request for a brief extension of time, until **Thursday, April 25, 2024**, to submit their discovery protocol.

As it currently stands, both Parties have been diligently working on the protocol and have met and conferred twice regarding the same. However, the Parties agree that additional time is needed to properly confer with their respective e-discovery teams and clients. Additionally, a member of counsel has been dealing with an urgent medical issue over the past week, which has also contributed to this delay. The Parties do not anticipate any disputes over the content of the protocol, and this extension will not impact any other deadlines in this matter.

The Parties thank the Court for its consideration of this request.

Very truly yours,

*/s/ Phoebe S Winder*

Phoebe S Winder
Partner