

August 6, 2025

**VIA ECF**
Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

Re:  *Absolute Resolutions Investments, LLC v. Citibank, N.A.*, 22 Civ. 2079 (MMG)

Your Honor:

Pursuant to Rule I(B)(5) of Your Honor's Individual Practices, Plaintiff Absolute Resolutions Investments, LLC ("Absolute") respectfully submits this request for an adjournment of the Post-Fact Discovery Conference currently scheduled for August 29, 2025 at 9:30 a.m., (*see* Docket No. 114), as counsel for Absolute is unavailable at that date and time due to previously scheduled travel. Counsel for Citibank, N.A. has consented to this adjournment request. The parties have met and conferred and are available at any time on Thursday September 4, 2025 to participate in the Post-Fact Discovery Conference, subject to Your Honor's availability.

Respectfully submitted,

/s/ Yonaton Aronoff
Yonaton Aronoff

cc: All counsel of record by ECF

---

GRANTED.  The Post-Fact Discovery Conference previously scheduled for August 29, 2025 is ADJOURNED until **September 4, 2025** at **11:00 A.M.** in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.  Dated August 7, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

YONATON ARONOFF    YARONOFF@HS-LAW.COM    DIRECT (917) 512-9488
HS-LAW.COM   MAIN (212) 397-3370 | FAX (212) 202-6206 | 40 WALL STREET, 53RD FLOOR, NEW YORK, NY 10005