**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

ABSOLUTE RESOLUTIONS INVESTMENTS,
LLC,                                                                Case No. 22-cv-2079-MMG

Plaintiff,

        -against-                                          **ORAL ARGUMENT REQUESTED**

CITIBANK, N.A.,

Defendant.

-------------------------------------------------------------x

## NOTICE OF CITIBANK N.A.'S MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF PLAINTIFF'S PROPOSED EXPERT, JUSTIN MCLEAN, PURSUANT TO RULE 702 AND *DAUBERT*

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order at Docket No. 146, Defendant Citibank, N.A. ("Citi") will move this Court, before the Honorable Margaret Garnett, United States District Court Judge for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, for an Order excluding the admission of Plaintiff Absolute Resolutions Investments, LLC's ("Absolute") proffered expert report and testimony from Justin McLean, pursuant to Rule 702 of the Federal Rules of Evidence and the Supreme Court's decision in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993) ("*Daubert*") and awarding such other and further relief the Court deems proper.

In support of this motion, Citi relies upon the Memorandum of Law in Support of its Motion to Exclude Expert Report and Testimony of Plaintiff's Proposed Expert, Justin McLean, Pursuant to Rule 702 and *Daubert*, and the Declaration of Jeffrey S. Patterson, with its exhibits.

Citi respectfully requests an in-person hearing for oral argument on this motion.

Dated:  April 3, 2026

K&L Gates LLP

By: */s/ Jeffrey S. Patterson*
   Thomas A. Warns
   599 Lexington Avenue
   New York, NY 10022-6030
   Tel:  (212) 536-3900
   Email: tom.warns@klgates.com


   Phoebe S. Winder (*admitted pro hac vice*)
   Email: phoebe.winder@klgates.com
   Jeffrey S. Patterson (*admitted pro hac vice*)
   Email: jeffrey.patterson@klgates.com
   State Street Financial Center
   One Congress Street, Suite 2900
   Boston, MA 02114
   Tel: (617) 261-3100

*Counsel for Defendant Citibank, N.A.*