**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| ABSOLUTE RESOLUTIONS INVESTMENTS, LLC, | Case No. 22-cv-02079 (MMG) |
| Plaintiff, | |
| vs. | **NOTICE OF PLAINTIFF ABSOLUTE RESOLUTIONS INVESTMENTS, LLC'S MOTION TO PARTIALLY EXCLUDE THE TESTIMONY AND OPINIONS OF DR. JUSTIN LENZO** |
| CITIBANK, N.A., | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and exhibits attached thereto, Plaintiff Absolute Resolutions Investments, LLC ("Absolute") will move this Court, before the Honorable Margaret M. Garnett, United States District Court Judge for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, on a date and time to be set by the Court, for an Order excluding or striking paragraphs 17, 19, 74–79, 98–109, and 112–116 of Dr. Justin Lenzo's expert report and precluding Dr. Lenzo from testifying about those portions of his expert report at trial pursuant to Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993), and Federal Rule of Evidence 403, and awarding such other and further relief the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's Order dated February 10, 2026 (ECF No. 146), Defendant's response in opposition is due by May 29, 2026, and Absolute's reply is due by June 29, 2026.

DATED: April 3, 2026
New York, New York

/s/ Yonaton Aronoff
Yonaton Aronoff, Esq.
Alisha L. McCarthy, Esq.
Jaclyn D. Newman, Esq.
HARRIS ST. LAURENT LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(212) 397-3370
yaronoff@hs-law.com
amccarthy@hs-law.com
jnewman@hs-law.com

*Counsel for Plaintiff Absolute Resolutions
Investments, LLC*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.2 and ECF Rule 9.2, the undersigned counsel certifies that, on April 3, 2026, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Yonaton Aronoff
Yonaton Aronoff