**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

ABSOLUTE RESOLUTIONS INVESTMENTS,
LLC,

          Case No. 22-cv-2079-MMG

       Plaintiff,

          **ORAL ARGUMENT REQUESTED**

       -against-

CITIBANK, N.A.,

       Defendant.

-------------------------------------------------------------x

### NOTICE OF CITIBANK N.A.'S MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF PLAINTIFF'S PROPOSED EXPERT, MONTY MYERS, PURSUANT TO RULE 702 AND *DAUBERT*

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order at Docket No. 146, Defendant Citibank, N.A. ("Citi") will move this Court, before the Honorable Margaret Garnett, United States District Court Judge for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, for an Order excluding the admission of Plaintiff Absolute Resolutions Investments, LLC's ("Absolute") proffered expert report and testimony from Monty G. Myers, pursuant to Rule 702 of the Federal Rules of Evidence and the Supreme Court's decision in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993) ("*Daubert*") and awarding such other and further relief the Court deems proper.

In support of this motion, Citi relies upon the Memorandum of Law in Support of its Motion to Exclude Expert Report and Testimony of Plaintiff's Proposed Expert, Monty Myers, Pursuant to Rule 702 and *Daubert*, and the Declaration of Phoebe S. Winder, with its exhibits.

Citi respectfully requests an in-person hearing for oral argument on this motion.

Dated:  April 3, 2026

K&L Gates LLP

By: */s/ Jeffrey S. Patterson*
Thomas A. Warns
599 Lexington Avenue
New York, NY 10022-6030
Tel:  (212) 536-3900
Email: tom.warns@klgates.com


Phoebe S. Winder (*admitted pro hac vice*)
Email: phoebe.winder@klgates.com
Jeffrey S. Patterson (*admitted pro hac vice*)
Email: jeffrey.patterson@klgates.com
Email: phoebe.winder@klgates.com
State Street Financial Center
One Congress Street
Boston, MA 02114
Tel: (617) 261-3100

*Counsel for Defendant Citibank, N.A.*