**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

ABSOLUTE RESOLUTIONS INVESTMENTS,
LLC,

              Case No. 22-cv-2079-MMG

        Plaintiff,

              **ORAL ARGUMENT REQUESTED**

        -against-

CITIBANK, N.A.,

        Defendant.

-------------------------------------------------------------x

## NOTICE OF CITIBANK N.A.'S MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE**, pursuant to Fed. R. Civ. P. 56, that upon the accompanying

Memorandum of Law, the accompanying Joint Statement of Material Facts Pursuant to Local Civil

Rule 56.1, the accompanying Citibank, N.A. Statement of Material Facts Pursuant to Local Civil

Rule 56.1, the accompanying Declaration of Jeffrey S. Patterson, dated April 3, 2026, and the

Exhibits attached thereto, the undersigned, on behalf of Defendant Citibank, N.A. ("Citi") hereby

moves this Court, before the Honorable Margaret Garnett, United States District Court Judge for

the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, for

an Order:

(1)    granting Citi's Motion for Summary Judgment (the "Motion"), entering judgment
in Citi's favor as to Absolute Resolutions Investments, LLC's ("Absolute") Breach
of Contract Claim in the Amended Complaint;

(2)    granting Citi's Motion, entering judgment in Citi's favor as to Absolute's Breach of
the Covenant of Good Faith and Fair Dealing Claim in the Amended Complaint
("GFFD");

(3) granting Citi's Motion, entering judgment in Citi's favor as to the Breach of Contract Claim for FF2 brought by Absolute based on the Release and the agreement of the Parties;

(4) in the alternative to granting judgment on the entire Breach of Contract Claim brought by Absolute, granting partial judgment in Citi's favor as to:

    a) Sale Ineligible Accounts that are not in dispute;[1]

    b) Undisputed Control Group Accounts; and

    c) FF1, based on the Release.

(5) in the alternative to granting judgment on the entire GFFD claim brought by Absolute, granting partial judgment in Citi's favor as to:

    a) Absolute's GFFD claim as to FF1; and

    b) Absolute's GFFD claim as to FF2.

(5) granting judgment in Citi's favor as to Absolute's Breach of Contract Claim seeking return of "Reinvestment Damages";

(6) granting Citi's Motion, entering judgment in Citibank's favor on its Counterclaim against Absolute in the amount of $192,040.83, plus prejudgment interest;

(7) awarding Citi its costs and expenses, including attorneys' fees; and

(8) awarding such other relief as is just and equitable.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's Order of February 10, 2026, any papers in opposition to this Motion shall be served no later than May 29, 2026.

**PLEASE TAKE FURTHER NOTICE** that, Citi respectfully requests an in-person hearing for oral argument on this Motion.

---

[1] Capitalized terms not defined herein shall have the meaning set forth in Citi's Memorandum of Law supporting the Motion.

Dated:  April 3, 2026

K&L Gates LLP

By: */s/ Jeffrey S. Patterson*
    Thomas A. Warns
    599 Lexington Avenue
    New York, NY 10022-6030
    Tel:  (212) 536-3900
    Email: tom.warns@klgates.com


    Phoebe S. Winder (*admitted pro hac vice*)
    Email: phoebe.winder@klgates.com
    Jeffrey S. Patterson (*admitted pro hac vice*)
    Email: jeffrey.patterson@klgates.com
    Email: phoebe.winder@klgates.com
    State Street Financial Center
    One Congress Street
    Boston, MA 02114
    Tel: (617) 261-3100

*Counsel for Defendant Citibank, N.A.*