**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

ABSOLUTE RESOLUTIONS
INVESTMENTS, LLC,                                    Case No. 22-cv-2079-MMG

      Plaintiff,

      -against-

CITIBANK, N.A.,

      Defendant.
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

Pursuant to ECF Rule 9.3, the undersigned counsel certifies that, on July 20, 2026, the foregoing documents, filed through the ECF system, will be sent electronically to the registered participants via a secure file share link.

Dated: July 20, 2026                    K&L Gates LLP

By: */s/ Jeffrey S. Patterson*
    Thomas A. Warns
    Email: tom.warns@klgates.com
    Callie M. Ives
    Email: callie.ives@klgates.com
    599 Lexington Avenue
    New York, NY 10022-6030
    Tel: (212) 536-3900

    Phoebe S. Winder (*admitted pro hac vice*)
    Email: phoebe.winder@klgates.com
    Jeffrey S. Patterson (*admitted pro hac vice*)
    Email: jeffrey.patterson@klgates.com
    State Street Financial Center
    One Congress Street
    Boston, MA 02114
    Tel: (617) 261-3100

    *Counsel for Defendant Citibank, N.A.*